GARY M. RESTAINO
United States Attorney
District of Arizona
GLENN B. McCORMICK
Assistant United States Attorney
Arizona State Bar No. 013328
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: glenn.mccormick@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 3 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Troy Jay Milheron,<br><br>        Defendant. | No.  CR-24-00144-PHX-DLR (MTM)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 875(c)<br>(Interstate Communication of a Threat)<br>Counts 1-2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about November 14, 2023, in the District of Arizona and elsewhere, the defendant, TROY JAY MILHERON, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is to injure and kill United States Representative 1, with intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence: to wit, by making threats on the voicemail of United States Representative 1 stating in part, "I'm gonna fucking kill you asshole. All of you. I'm gonna kill everyone in that Capitol building. I will kill all of you."

All in violation of Title 18, United States Code, Section 875(c).

**COUNT 2**

On or about November 14, 2023, in the District of Arizona and elsewhere, the defendant, TROY JAY MILHERON, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is to injure and kill Congressional Staff Person 1 of United States Senator 1's office, with intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence: to wit, by making threats over the telephone to Congressional Staff Person 1 of United States Senator 1's office, stating in part, "I am going to fucking kill you, I am going to fucking kill you."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: January 23, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
GLENN B. McCORMICK
Assistant U.S. Attorney